UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

T. B., a minor, by and through his
mother and natural guardian,
MONICA FORD,
    Plaintiff,

Case No. 1:11-cv-98
Litkovitz, M.J.

vs.

MICHAEL BARNEY, et al.,
    Defendants.

**ORDER**

The parties have advised the Court that they have reached a settlement in this matter.

It is **ORDERED** that this action is **DISMISSED** with prejudice. It is provided that any of the parties may, upon good cause shown within ninety (90) days from the date of this Order, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement agreement for the purposes of its enforcement.

**IT IS SO ORDERED**.

Date: 7/2/12

Karen L. Litkovitz, Magistrate Judge
United States District Court