IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| T. B., a minor, by and through his mother and natural guardian, MONICA FORD, | : : : : | Case No. 1:11 CV 98 |
| | : | Judge Beckwith |
| Plaintiff, | : : | |
| | : | Magistrate Judge Litkovitz |
| v. | : : | |
| MICHAEL BARNEY, *et al.*, | : : | |
| Defendants. | : : | |

**AGREED ORDER SUBSTITUTING NAMED PARTY PLAINTIFF**

The parties agree that the minor child T.B. is now an adult, and T'Andre Bell should be substituted as the named plaintiff for his mother, Monica Ford.

Respectfully submitted,

MICHAEL DeWINE
Ohio Attorney General

s/David A. Singleton
DAVID A. SINGLETON (0074556)
Ohio Justice & Policy Center
215 East Ninth Street, Suite 601
Cincinnati, Ohio 45202
(513) 421-1108
(513) 562-3200
dsingleton@ohiojpc.org

Counsel for Plaintiff

s/Lawrence H. Babich
LAWRENCE H. BABICH (0001386)
Assistant Attorney General
Criminal Justice Section
150 E Gay Street, 16th Floor
Columbus, Ohio 43215
(614) 644-7233
(614) 728-9327 Fax
larry.babich@ohioattorneygeneral.gov

Counsel for Defendants

It is hereby ordered.

7/31/12
Date

/s/ Karen L. Litkovitz
UNITED STATES DISTRICT COURT
U. S. MAGISTRATE JUDGE